VAN ROBIN AND OYSTER FISHERIES, INC.

VERSUS

COURTNEY CREIGHTON-SMITH

\* NO. 2021-CA-0737

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

*DNA* ATKINS, J., CONCURS IN THE RESULT.